DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

VENET DESIR,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2026-0753

_____

July 22, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco, Judge.

Venet Desir, pro se.

PER CURIAM.

    Affirmed.

KELLY, KHOUZAM, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.